DAVID J. GRECH
DGRECH@GORDONREES.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

January 31, 2017

**VIA ECF**
The Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Sharma v. Theatre Development Fund, Inc.*
             Case No.: 1:17-cv-00189-AKH

Dear District Judge Hellerstein:

    Our law firm was very recently engaged to represent defendant Theatre Development Fund, Inc. ("TDF") in the above-referenced case. We write pursuant to Rule 1.D. of the Court's Individual Rules to request an extension of time for TDF to respond to the complaint. We have conferred with counsel for plaintiff, and they consent to this request. Based upon the affidavit of service filed by plaintiffs on January 20, 2017 (ECF Document 8), TDF's response to the complaint would otherwise be due on February 2, 2017. This represents the first such request for an extension of time by either party.

    Therefore, with plaintiff's consent, we respectfully request that the time for TDF to respond to the complaint be extended by thirty (30) days.

                                         Respectfully submitted,

                                         *David Grech*

                                         David J. Grech

cc:    Chambers (*via* fax)
        All Attorneys of Record (*via* ECF)