

575 Lexington Avenue
Suite 4085
New York, NY 10022

📞 212-971-9773
📱 646-379-7703
📠 866-839-4306
✉ tma@youngandma.com

April 13, 2017

**VIA ECF**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

    Re:   *Sharma v. Theatre Development Fund, Inc.*
             Case No.: 1:17-cv-00189-AKH

Dear Judge Hellerstein:

    We represent Plaintiff Rajesh Sharma in the above referenced action. We write to confirm that both parties in the above-referenced action consent to an early referral to mediation and request a stay of this case until after the mediation if the matter does not resolve there. Under this Court's Local Rule 83.9 and Second Amended Standing Administrative Order M10-468, dated October 1, 2015 (regarding counseled employment discrimination cases), this case will be automatically referred to mediation at some point and the parties would like to streamline their usage of time and resources for an early referral now. Thank you very much for your kind consideration.

                                            Respectfully submitted,

                                            Tiffany Ma

cc:    Walker Harman, Esq.
       David Grech, Esq.