

575 Lexington Avenue
Suite 4085
New York, NY 10022

212-971-9773
646-379-7703
866-839-4306
tma@youngandma.com

April 24, 2017

**VIA ECF, FAX, AND REGULAR MAIL**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

    Re:   *Sharma v. Theatre Development Fund, Inc.*
             Case No.: 1:17-cv-00189-AKH

Dear Judge Hellerstein:

    We represent Plaintiff Rajesh Sharma in the above referenced action and are writing to request an adjournment of the conference currently scheduled for April 28, 2017 at 10:00 am. The parties have made no previous requests for adjournment of a conference. The adjournment is necessary because counsel for both parties have respective conflicts and appearances in other litigations and/or administrative proceedings on that date and time. We have conferred with Defendant's counsel, who are scheduled for an SDNY-annexed mediation session in case number 1:16-cv-05795-ALC-JLC, before Mediator Riley on that date, and therefore, they consent to this request. Counsel for both parties are available for a rescheduled conference on any date in the two weeks following April 28, 2017 except for May 3, 4, and 11.

    Thank you very much for your consideration of this matter.

Respectfully submitted,

Tiffany Ma

cc:   David Grech, Esq.
       Walker Harman, Esq.

www.youngandma.com